# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 20-30203 |
| | ) | Chapter 7 |
| Michelle Coulter, | ) | |
| | ) | **NOTICE AND MOTION** |
| | ) | **FOR APPROVAL OF** |
| Debtor. | ) | **SALE AGREEMENT** |
| | ) | |

Gene W. Doeling, the bankruptcy trustee in this case, respectfully requests that the Court approve a Sale Agreement entered into with Michelle Coulter, dated June 1, 2020. The Sale Agreement, in essential part, provides as follows:

The debtor scheduled a 2014 Kia Sorento valued at $10,000 with a lien of $3,151. The debtor was able to exempt $4,530 of this asset leaving $2,319 of nonexempt equity in the vehicle.

The parties have agreed to a purchase of the nonexempt equity in the vehicle back from the bankruptcy estate for the sum of $1,500.

The total sum of $1,500 has been paid to the bankruptcy estate.

A copy of the Sale Agreement may be obtained by contacting the bankruptcy trustee. The bankruptcy estate will not incur a tax consequence as a result of this transaction.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58102 | Sioux Falls, SD 57104-6462 | below) |

DATED: June 2, 2020        /s/ Gene W. Doeling
                           Bankruptcy Trustee
                           P.O. Box 9231
                           Fargo, ND 58106
                           (701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: MICHELLE COULTER | CASE NO: 20-30203<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 6/2/2020, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Sale Agreement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2020

/s/ Gene W. Doeling
Gene W. Doeling  05078
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103
701 232 8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: MICHELLE COULTER | CASE NO: 20-30203 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 6/2/2020, a copy of the following documents, described below,

Notice and Motion for Approval of Sale Agreement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                        1101 DENTAL                      ALTRU HEALTH SYSTEM
 LABEL MATRIX FOR LOCAL NOTICING 1101 S COLUMBIA RD               PO BOX 13780
08683                            GRAND FORKS ND 58201-4005        GRAND FORKS ND 58208-3780
CASE 20-30203
DISTRICT OF NORTH DAKOTA
FARGO
TUE JUN 2 14-18-21 CDT 2020


BANK OF ND STUDENT LOAN SVCS     CAPITAL ONE BANK                 CAVALRY PORTFOLIO SERVICES
ATTN BANKRUPTCY                  1680 CAPITAL ONE DRIVE           500 SUMMIT LAKE
1200 MEMORIAL HWY PO BOX 5509    MC LEAN VA 22102-3407            SUITE 400
BISMARCK ND 58506-5509                                            VALHALLA NY 10595-2322


COLLECTION CENTER INC            DEBTOR                           CREDIT FIRST NATIONAL ASSOCIATION
ATTN BANKRUPTCY                  MICHELLE KAY COULTER             ATTN BANKRUPTCY
PO BOX 1057                      601 N 6TH ST                     PO BOX 81315
BISMARCK ND 58502-1057           GRAND FORKS ND 58203-3232        CLEVELAND OH 44181-0315


CREDIT ONE BANK                  DAHLS FUNERAL HOME               DEPARTMENT OF THE TREASURY
ATTN BANKRUPTCY DEPARTMENT       2029 CENTRAL AVE NW              15TH   PENNSYLVANIA
PO BOX 98873                     EAST GRAND FORKS MN 56721-2701   WASHINGTON DC 20222-0001
LAS VEGAS NV 89193-8873


EXCLUDE                          GATE CITY BANK                   INTERNAL REVENUE SERVICE
GENE W DOELING                   501 DEMERS AVE                   PO BOX 7346
BANKRUPTCY TRUSTEE               GRAND FORKS ND 58201-4528        PHILADELPHIA PA 19101-7346
3429 INTERSTATE BLVD S
PO BOX 9231
FARGO ND 58106-9231


JEFFERSON CAPITAL SYSTEMS LLC    JORA CREDIT                      KELSCH RUFF KRANDA NAGLE  LUDWIG
PO BOX 7999                      PO BOX 8407                      PO BOX 159
SAINT CLOUD MN 56302-7999        PHILADELPHIA PA 19101-8407       MANDAN ND 58554-0159


KNIGHTS OF COLUMBUS              LVNV FUNDINGRESURGENT CAPITAL    MERRICK BANKCARDWORKS
1 COLUMBUS PLAZA                 ATTN BANKRUPTCY                  ATTN BANKRUPTCY
NEW HAVEN CT 06510-3326          PO BOX 10497                     PO BOX 9201
                                 GREENVILLE SC 29603-0497         OLD BETHPAGE NY 11804-9001


MIDLAND FUNDING                  PORTFOLIO RECOVERY ASSOCIATES LLC RISE CREDIT
ATTN BANKRUPTCY                  PO BOX 41067                     ATTN BANKRUPTCY
350 CAMINO DE LA REINE STE 100   NORFOLK VA 23541-1067            PO BOX 101808
SAN DIEGO CA 92108-3007                                           FORT WORTH TX 76185-1808


ROBERT B RASCHKE                 SECURITIES  EXCHANGE COMMISSION  SPECIALIZED LOAN SERVICINGSLS
ASSISTANT US TRUSTEE             175 W JACKSON BLVD               ATTN BANKRUPTCY
SUITE 1015 US COURTHOUSE         CHICAGO IL 60604-2908            PO BOX 636005
300 SOUTH FOURTH STREET                                           LITTLETON CO 80163-6005
MINNEAPOLIS MN 55415-1320
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC MAIL

| | | |
|---|---|---|
| THE BUREAUS INC<br>ATTN BANKRUPTCY<br>650 DUNDEE RD STE 370<br>NORTHBROOK IL 60062-2757 | US ATTORNEY<br>655 FIRST AVENUE NORTH SUITE 250<br>FARGO ND 58102-4932 | UNITED ACCOUNTS INC<br>ATTN BANKRUPTCY<br>PO BOX 9239<br>FARGO ND 58106-9239 |
| WELLS FARGO DEALER SERVICES<br>ATTN BANKRUPTCY<br>1100 CORPORATE CENTER DRIVE<br>RALEIGH NC 27607-5066 | WELLS FARGO AUTO<br>PO BOX 130000<br>RALEIGH NC 27605-1000 | ~~EXCLUDE~~<br>~~BRITTANY T WOLLIN~~<br>~~HANDY LAW GROUP PLLC~~<br>~~3374 31ST ST STE B~~<br>~~PO BOX 6306~~<br>~~GRAND FORKS ND 58206-6306~~ |
| ZIMNEY FOSTER PC<br>3100 S COLUMBIA RD STE 200<br>GRAND FORKS ND 58201-6062 | | |